447 A.2d 664

Commonwealth v. Monroe, Appellant.

Submitted November 4, 1981. Harry Aaron Rubin, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, POPOVICH and MONTGOMERY, JJ.

Judgment of sentence affirmed.